UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-24483-UU

LAWRENCE MCCOY,

    Plaintiff,

v.

REGIONAL ACCEPTANCE CORPORATION,

    Defendant.

_____/

## **ORDER DISMISSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice (the "Stipulation"). D.E. 34. THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On June 7, 2018, the Parties filed the Stipulation, dismissing the action with prejudice pursuant to Federal Rule of Civil Procedure 41. D.E. 34. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE. The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this _7th_ day of June, 2018.

                                                             URSULA UNGARO
                                                             UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf